IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER HAMLIN,

          Plaintiff,                              ORDER

     v.                                     13-cv-202-jdp

JASON WENZEL, MATTHEW BURNS,
SCOTT ROSS and ANTHONY LO BIANCO,

          Defendants.

---

The jury was unable to reach a verdict on the liability of defendant Jason Wenzel, and thus these proceedings are not concluded. I have ordered the parties to participate in mediation, which will require that plaintiff be available. Accordingly, I order that the U.S. Marshals maintain custody of plaintiff Christopher Hamlin so that he may be brought to the United States Courthouse, 120 N. Henry Street, Madison, Wisconsin, 53703, as needed for mediation or trial, until further order of this court.

Entered March 18, 2015.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge